IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LASEDRICK M. ROSS,**

    **Petitioner,**

v.                                           Case No. 4:14cv64-MW/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    **Respondent.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 26. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 8, is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

SO ORDERED on September 15, 2016.

                                                      s/Mark E. Walker          \_\_\_\_
                                                      **United States District Judge**